IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SHARON Y. NEAL,

    Plaintiff,

v.

MICHEL J. ASTRUE, COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

09cv1658
**ELECTRONICALLY FILED**

### Order of Court

And now, this 4th day of October, 2010, it is hereby ordered that: Plaintiff's Petition and Amended Petition for attorney's fees in the total amount of $7,565.00, under the Equal Access to Justice Act (EAJA), (Doc. Nos. 19 and 24) is GRANTED and shall be paid directly to counsel.[1]

So ORDERED this 4th day of October, 2010.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc:    All Registered ECF Counsel and Parties

---

[1] Subject to Agency review that plaintiff owes no qualifying, pre-existing debts to the Government.